

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2016

No. 04-16-00254-CR

Adrian Vicente **BARBOSA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015CRD001576 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Ana L. Alcantar's notification of late record is hereby granted. The reporters record is due September 12, 2016. No further extensions of time will be considered or granted without written proof of extraordinary circumstances.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court